December 22, 2006

Mr. David R. Clouston
Patton Boggs, L.L.P.
2001 Ross Ave, Suite 3000
Dallas, TX 75201

Mr. Mitchell D. Rose
Bollinger, Ruberry & Garvey
500 West Madison, Suite 2300
Chicago, IL 60661
Mr. Joseph A. C. Fulcher
Greer Herz & Adams LLP
2525 S. Shore Blvd., Suite 203
League City, TX 77573

Mr. David J. Plavnicky
Plavnicky & Marshall, P.C.
5300 Memorial Drive, Suite 675
Houston, TX 77007

RE: Case Number: 05-0785
 Court of Appeals Number: 01-04-00102-CV
 Trial Court Number: 2001-62729

Style: VIA NET, U.S. DELIVERY SYSTEMS, HOUSTON, U.S. DELIVERY SYSTEMS,
 INC. AND CORPORATE EXPRESS, INC.
 v.
 TIG INSURANCE COMPANY, INC. AND SAFETY LIGHTS CO.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Charles Bacarisse |
| |Ms. M. Karinne |
| |McCullough |